1 | Duncan M. McNeill
2 | 1514 Van Dyke Avenue
    San Francisco, CA 94124
3 | 415 752-5063 Telephone
    415 752-5063 Facsimile
4 | dmcneill1@netzero.com
    Fed. Bar No. 136416

5 | Attorney for the Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES B. GOODMAN, | Civil Action No. CV 08 995 WDB |
| Plaintiff, | |
| vs. | **COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL** |
| ETRON TECHNOLOGY AMERICA, INC. | |
| Defendant. | |

NOW COMES Plaintiff, JAMES B. GOODMAN ("Goodman"), through his attorneys, and files this Complaint for Patent Infringement and Demand for Jury Trial against ETRON TECHNOLOGY AMERICA, INC. ("ETRON"), and in support thereof Goodman states as follows:

### JURISDICTION

1. This is an action for patent infringement of United States Patent No. 6,243,315 (hereinafter "The '315 Patent") pursuant to the laws of the United States of America as set forth in Title 35 Sections 271 and 281 of the United States Code. This court has subject matter jurisdiction over this action pursuant to 28 U.S.C. Sec. 1338(a) and 28 U.S.C. Sec. 1331.

2. Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b), (c) and 1400(b).

3. Plaintiff Goodman is an individual residing in the State of Texas.

4. On information and belief, Defendant ETRON maintains a principal place of business at 3375 Scott Blvd., Santa Clara, CA 95054.

### INTRADISTRICT ASSIGNMENT

5. This is an action for Patent Infringement, which is an excepted category under Civil L.R. 3-2(c). Pursuant to Civil L.R. 3-2(c), this action is assigned on a district-wide basis.

### CAUSES OF ACTION FOR PATENT INFRINGEMENT

6. On June 5, 2001, the '315 Patent entitled "COMPUTER MEMORY SYSTEM WITH A LOW POWER MODE", was duly and legally issued to James B. Goodman, as the sole patentee.

7. Plaintiff Goodman is the sole owner of the '315 Patent, and has standing to bring this action.

### COUNT ONE

8. Plaintiff, Goodman repeats and incorporates herein the allegations contained in paragraphs 1 through 7 above.

9. Defendant ETRON is infringing, at least claim 1 of the '315 Patent by using, offering to sell and selling within the United States of America PSRAM devices such as EM565168 (512K X 16), EM566168 (1M X 16), EM567168 (2M X 16), EM566169BC (1M X 16), and EM567169BC (2M X 16) which, on information and belief, are capable of standby mode with automatic partial array self refresh with the address and control lines set "high".

### JURY DEMAND

10. Pursuant to Fed. R. Civ. P. 38, Plaintiff hereby demands a jury trial as to all issues in this lawsuit.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests this Court to:

a. enter judgment for Plaintiff on this Complaint;

|   |   |   |
|---|---|---|
| 1 | b. | order that an accounting be had for the damages caused to the Plaintiff by the infringing activities of the Defendant; |
| 3 | c. | award Plaintiff interest and costs; and |
| 4 | d. | award Plaintiff such other and further relief as this Court may deem just and equitable. |

THE PLAINTIFF
JAMES B. GOODMAN

Of Counsel :
David Fink
Fink & Johnson
7519 Apache Plume
Houston, Texas 77071
713.729.4991 Tel
713.729.4951 Fax
federallitigation@comcast.net

*/s/ Duncan M. McNeill*

Duncan M. McNeill
1514 Van Dyke Avenue
San Francisco, CA 94124
415 752-5063 Telephone
415 752-5063 Facsimile
dmcneill1@netzero.com
Fed. Bar No. 136416

Attorney for the Plaintiff