**United States District Court**
For the Northern District of California

1

2

3

4                    IN THE UNITED STATES DISTRICT COURT

5                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7
JAMES B. GOODMAN                                NO. CV 08-00995 WDB
8
            Plaintiff,                          **CLERK'S NOTICE RE: FAILURE**
9     v.                                        **TO FILE ELECTRONICALLY**
                                                **DOCKET NO. 1.**
10
ETRON TECHNOLOGY AMERICA
11
            Defendant.
12  _____/

13

14  On February 19, 2008, counsel for Plaintiff filed a Complaint, docket #1, manually, on paper. This case

15  has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

16

17  The above mentioned  paper document has been filed and docketed. However, General Order 45

18  provides at Section III  that cases assigned to judges who participate in the e-filing program "shall be

19  presumptively designated" as e-filing cases. Therefore, counsel for Plaintiff should submit the

20  Complaint, docket #1, in PDF format within 10 days, as an attachment in an *e-mail* message directed

21  to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges**

22  button and follow the procedure listed there). Do *not* e-file a document which has been previously filed

23  on paper, as is the case with the above mentioned filing. All subsequent papers should be e-filed.

24

25  Dated: March 5, 2008                         Cynthia Lenahan
                                                 Deputy Clerk
26

27

28