DAVID FINK (*pro hac vice pending*)
7519 Apache Plume
Houston, TX 77071
Tel.    (713) 729-4991
Fax.    (713) 729-4951
Email: federallitigation@comcast.net

DUNCAN M. MCNEILL (SBN 136416)
1514 Van Dyke Avenue
San Francisco, CA 94124
Tel.    (415) 752-5063
dmcneill@netzero.net

Attorneys for Plaintiff ,
JAMES B. GOODMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES B. GOODMAN, ) | CASE NO.  CV-08-00995 WDB |
| Plaintiff, ) | |
| v. ) | **LETTER** |
| ETRON TECHNOLOGY AMERICA ) | |
| Defendant. ) | |

    The undersigned attorney respectfully apologizes for the delay in complying with the General Order 45 as stated in the Notice issued by the Clerk's Office March 5, 2008, and particularly the Order from the Court dated March 20, 2008.

    This omission was unintentional and resulted due to a miscommunication between the undersigned and the attorney of record, compounded by the exciting news that my son became engaged to a young lady from London, England.  The special occasion required an unexpected trip to meet the young lady and her parents, and to make an engagement party locally.   I hope that the Court will not regard this omission as an indifference to Court Rules.

1
2
3    It is respectfully pointed out that an application to appear *pro hac vice* is being
4  filed concurrently.
5
6
7                                                          /s/
                                                        DAVID FINK (*pro hac vice* pending)
8                                                       Attorney for James B. Goodman
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27                                                       JAMES B. GOODMAN V. ETRON TECHNOLOGY AMERICA
                                                                        CASE NO. CV-08-00995 WDB
28                               2

## CERTIFICATION OF SERVICE

A true and correct copy of the foregoing has been served by prepaid first class mail on the Defendant on April 16, 2008 at the following address:

President
Etron Technology America
3375 Scott Blvd.
Santa Clara, CA 95054

/s/
David Fink