Type name, address, phone number of applicant here
DAVID FINK
7519 APACHE PLUME
HOUSTON, TX 77071
(713) 729-4991

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

JAMES B. GOODMAN

Plaintiff(s),

v.

ETRON TECHNOLOGY AMERICA

Defendant(s).

CASE NO. 08-00995 —WDB

**APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, DAVID FINK, an active member in good standing of the bar of STATE OF NEW YORK, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing JAMES B. GOODMAN in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
DUNCAN M. MCNEILL, 1514 VAN DYKE AVE.,
SAN FRANCISCO, CA 94124; 415 752-5063

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/16/08

_David Fink_
DAVID FINK

Clerk's Use Only
Initial for fee pd.:

*FILED APR 17 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND*