**RECEIVED**
APR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

JAMES B. GOODMAN

Plaintiff(s),

v.

ETRON TECHNOLOGY AMERICA

Defendant(s).

CASE NO. 08-00995 WDB

(Proposed)

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

DAVID FINK , an active member in good standing of the bar of
STATE OF NEW YORK   whose business address and telephone number
(particular court to which applicant is admitted)
is
7519 APACHE PLUME, HOUSTON, TX 77071
(713) 729-4991

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing JAMES B. GOODMAN

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 4-17-08

United States Magistrate Judge
W. D. Brazil