1  David Fink (*pro hac vice*)
   7519 Apache Plume
2  Houston, TX 77071
   Tele. 713 729-4991
3  Fax.  713 729-4951
   litigation@houston.rr.com
4

5  Duncan M. McNeill
   1514 Van Dyke Avenue
6  San Francisco, CA 94124
   Tele.  415 752-5063
7  dmcneill1@netzero.com
   Fed. Bar No. 136416
8
   Attorneys for Plaintiff ,
9  JAMES B.  GOODMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES B. GOODMAN | CIVIL ACTION NO. 08-00995 WBD |
| Plaintiff, | |
| v. | **MOTION (AND PROPOSED ORDER) TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE** |
| ETRON TECHNOLOGY AMERICA, INC. | |
| Defendant. | |

This is a Motion by the Plaintiff to continue the Initial Case Management Conference 60 days from the present date of March 19, 2008.  This is the first request to extend the date.

The additional time is needed because the Defendant did not accept the request for a waiver of service within the time allowed; however, an informal discussion with the

**MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE**

**JAMES B.  GOODMAN V.  ETRON TECHNOLOGY AMERICA, INC.**
**CASE NO.  08-00995 WDB**

1

1  soon to be appointed attorney for the Defendant indicated that service would be accepted
2  by email, and that the Defendant would like to discuss a settlement prior to the Initial
3  Case Management Conference.
4      Additional time before the Initial Case Management Conference might save legal
5  expenses for both parties, as well as a savings of judicial resources.

                         Respectfully Submitted

/s/David Fink
David Fink
Attorney for Plaintiff FuzzySharp Technologies Incorporated

    The Court has considered the foregoing Motion and hereby modifies the date for the Initial Case Management Conference to _____

Date: _____
                         Magistrate Judge Wayne D. Brazil

**MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE**

JAMES B. GOODMAN V. ETRON TECHNOLOGY AMERICA, INC.
CASE NO. 08-00995 WDB

2