1 | David Fink (*pro hac vice*)
7519 Apache Plume
2 | Houston, TX 77071
Tele. 713 729-4991
3 | Fax.  713 729-4951
litigation@houston.rr.com
4 |

5 | Duncan M. McNeill
1514 Van Dyke Avenue
6 | San Francisco, CA 94124
Tele.  415 752-5063
7 | dmcneill1@netzero.com
Fed. Bar No. 136416
8 |
Attorneys for Plaintiff ,
9 | JAMES B.  GOODMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES B.  GOODMAN ) | **CIVIL ACTION NO. 08-00995 WBD** |
| Plaintiff, ) | |
| ) | **MOTION (AND PROPOSED ORDER)** |
| v. ) | **TO CONTINUE THE INITIAL CASE** |
| ) | **MANAGEMENT CONFERENCE** |
| ETRON TECHNOLOGY AMERICA, ) | |
| INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

This is a Motion by the Plaintiff to continue the Initial Case Management Conference 60 days from the present date of ~~March 19, 2008~~ May 28, 2008.  This is the first request to extend the date.

The additional time is needed because the Defendant did not accept the request for a waiver of service within the time allowed; however, an informal discussion with the

**MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE**

**JAMES B.  GOODMAN V.  ETRON TECHNOLOGY AMERICA, INC.**
**CASE NO.  08-00995 WDB**

1

1  soon to be appointed attorney for the Defendant indicated that service would be accepted
2  by email, and that the Defendant would like to discuss a settlement prior to the Initial
3  Case Management Conference.
4      Additional time before the Initial Case Management Conference might save legal
5  expenses for both parties, as well as a savings of judicial resources.

6                              Respectfully Submitted

8      /s/David Fink
    David Fink
9      Attorney for Plaintiff FuzzySharp Technologies
    Incorporated

11      The Court has considered the foregoing Motion and hereby modifies the date for
12  the Initial Case Management Conference to  August 18, 2008,  at 4:00 p.m.   By no later
13  than August 11, 2008, the parties must electronically file a Joint Case Management Statement.
Plaintiff's counsel is ORDERED to serve this Order on Defendant immediately.

14  Date:  May 7, 2008
15                                        Magistrate Judge Wayne D. Brazil