1  MICHAEL J. BETTINGER (STATE BAR NO. 122196)
   TIMOTHY P. WALKER, PHD (STATE BAR NO. 105001)
2  mike.bettinger@klgates.com
   timothy.walker@klgates.com
3  K&L GATES
   55 Second Street, Suite 1700
4  San Francisco, CA 94105-3493
5  Telephone: (415) 882-8200
   Facsimile: (415) 882-8220
6
7  Attorneys for Defendant
   ETRON TECHNOLOGY AMERICA, INC.
8
9                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
11                        SAN FRANCISCO DIVISION
12
   JAMES B. GOODMAN,
13                                              Case No. CV 08-00995-WDB
           Plaintiff,
14                                              **CERTIFICATE OF INTERESTED
           vs.                                  PARTIES**
15
16 ETRON TECHNOLOGY AMERICA, INC.
17         Defendant.
18

19
20         Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
21 associations of persons, firms, partnerships, corporations (including parent corporations) or other
22 entities (i) have a financial interest in the subject matter in controversy or in a party to the
23 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
24 substantially affected by the outcome of this proceeding: KINGLORD CORP., which has an
25 ownership interest in defendant ETRON TECHNOLOGY AMERICA, INC. ("Etron") of more than
26 10%.
27
28

CERTIFICATE OF INTERESTED PARTIES          -1-                    PRINTED ON RECYCLED PAPER
Case No. CV 08-00995-WDB

1  DATED: June 26, 2008                    K&L GATES

2

3                                          By_____/s/_____
                                              Michael J. Bettinger
                                              Attorneys for Defendant
4                                             ETRON TECHNOLOGY AMERICA, INC.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF INTERESTED PARTIES                 -2-                    PRINTED ON RECYCLED PAPER
Case No. CV 08-00995-WDB