1  David Fink (*pro hac vice*)
   7519 Apache Plume
2  Houston, TX 77071
   Tele. 713 729-4991
3  Fax.  713 729-4951
   litigation@houston.rr.com
4

5  Duncan M. McNeill
   1514 Van Dyke Avenue
6  San Francisco, CA 94124
   Tele.  415 752-5063
7  dmcneill1@netzero.com
   Fed. Bar No. 136416
8
   Attorneys for Plaintiff ,
9  JAMES B.  GOODMAN

10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                            OAKLAND DIVISION
13

14
   JAMES B.  GOODMAN                )   **CIVIL ACTION NO. 08-00995 WDB**
15         Plaintiff,                )
                                     )   **JAMES B. GOODMAN'S ANSWER**
16     v.                            )   **TO COUNTERCLAIMS OF ETRON**
                                     )   **TECHNOLOGY AMERICA, INC.**
17  ETRON TECHNOLOGY AMERICA,        )
    INC.                             )
18                                   )
           Defendant.                )
19                                   )
   _____    )
20                                   )

21  Counterclaim Defendant James B. Goodman ("Goodman"), by and through his attorney,

22  responds to the Counterclaims of Etron Technology America, Inc. ("Etron") as follows"

23       1.    Goodman admits the allegation of paragraph 26.

24       2.    Goodman admits the allegation of paragraph 27.

25       3.    Goodman admits the allegation of paragraph 28.

26

27                    **GOODMAN'S ANSWER TO ETRON'S COUNTERCLAIMS**
                     **JAMES B.  GOODMAN V.  ETRON TECHNOLOGY AMERICA, INC.**
                                      **CASE NO.  08-00995 WDB**
28                                         1

1      4.      Goodman admits the allegation of paragraph 29.

3      5.      Goodman admits the allegation of paragraph 30 to the extent that it refers to paragraphs 26-29 inclusive.

5      6.      Goodman admits the allegation of paragraph 31.

6      7.      Goodman denies the allegation of paragraph 32.

7      8.      Goodman denies the allegation of paragraph 33.

8      9.      Goodman denies the allegation of paragraph 34.

9      10.      Goodman denies that Etron is entitled to relief sought in its prayers for relief.

                                                 Respectfully Submitted

              /s/David Fink
              David Fink
              Attorney for Plaintiff James B. Goodman

**GOODMAN'S ANSWER TO ETRON'S COUNTERCLAIMS**
**JAMES B. GOODMAN V. ETRON TECHNOLOGY AMERICA, INC.**
**CASE NO. 08-00995 WDB**

2