David Fink (*pro hac vice*)
7519 Apache Plume
Houston, TX 77071
Tele. 713 729-4991
Fax.  713 729-4951
litigation@houston.rr.com


Duncan M. McNeill
1514 Van Dyke Avenue
San Francisco, CA 94124
Tele.  415 752-5063
dmcneill1@netzero.com
Fed. Bar No. 136416

Attorneys for Plaintiff ,
JAMES B.  GOODMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES B. GOODMAN ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ETRON TECHNOLOGY AMERICA, ) <br> INC. ) <br> ) <br>     Defendant. ) <br> _____ ) <br> ) | **CIVIL ACTION NO. 08-00995 WDB** <br> <br> **CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that at this time that other than the named party, there is no such interest to report.

                                                    Respectfully Submitted

                                                    /s/David Fink
                                                    David Fink
                                                    Attorney for Plaintiff FuzzySharp
                                                    Technologies Incorporated