UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES B. GOODMAN

Plaintiff(s),

v.

ETRON TECHNOLOGY AMERICA, INC.

Defendant(s).

No. C 08-00995

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 17, 2008

Signature *David Fink*

Counsel for JAMES B. GOODMAN
(Plaintiff, Defendant, or indicate "pro se")