UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOODMAN, | No. C 08-995 WDB |
| Plaintiff, | NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE |
| v. | |
| ETRON TECHNOLOGY AMERICA, INC. | |
| Defendant | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge. The case management conference set for August 18, 2008, at 4:00 p.m. is vacated.

Dated: July 17, 2008                Richard W. Wieking, Clerk
                                    United States District Court

                                    *Sarah Weinstein*

                                    By: SarahWeinstein
                                        Law Clerk/Deputy Clerk

G:\WDBLC1\FORMS\impending reassignment clerks notice.wpd