DAVID FINK (*pro hac vice pending*)
7519 Apache Plume
Houston, TX 77071
Tel.   (713) 729-4991
Fax.   (713) 729-4951
Email: federallitigation@comcast.net

DUNCAN M. MCNEILL (SBN 136416)
1514 Van Dyke Avenue
San Francisco, CA 94124
Tel.   (415) 752-5063
dmcneill@netzero.net

Attorneys for Plaintiff ,
JAMES B. GOODMAN

Michael J. Bettinger (State Bar 122196)
Timothy P. Walker, Ph.D. (State Bar 105001)
K & L Gates
55 Second Avenue, Suite 1700
San Francisco, CA 94105
Tel. (415) 882-8200
Fax. (415) 882-8220
mike.bettinger@klgates.com
timothy.walker@klgates.com

Attorneys for Defendant
ETRON TECHNOLOGY AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES B. GOODMAN,<br><br>         Plaintiff,<br><br>   v.<br><br>ETRON TECHNOLOGY AMERICA, INC.<br><br>         Defendant. | CASE NO.  CV-08-00995 PJH<br><br>**STIPULATED CONDITIONAL DISMISSAL**<br><br>The Honorable Phyllis J. Hamilton |

James B. Goodman and Etron Technology America, Inc. through their respective attorneys, hereby file this stipulated conditional dismissal.

The parties, in good faith, agree and believe that an agreement in principle has been reached, and will be put into written form within thirty (30) days.

Therefore, in an effort to minimize judicial resources and to minimize the expenses and costs to the parties, it is hereby stipulated that:

1. This action be conditionally dismissed without prejudice for thirty (30) days of the Order signed by the Court, each party bearing its own fees and

1    costs.

2    2. During the aforementioned thirty (30) day period, either party may request

3    the Court to reopen the case.

4    3. If, after the expiration of the aforementioned thirty (30) day period, no

5    party has submitted a request to reopen to the Court, then it is hereby

6    stipulated that this case be dismissed with prejudice, each party to bear its

7    own fees and costs.

8    For the foregoing reasons, the parties request the Court to accept this Stipulation

9 and the proposed Order submitted herewith.

11 Date: August 19, 2008

/s/
DAVID FINK
Attorney for James B. Goodman

14 Date: August 19, 2008

/s/
MICHAEL J. BETTINGER
Attorney for Etron Technology America, Inc.

17 IT IS SO ORDERED:

19
20 Date:   8/22/08

IT IS SO ORDERED
Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 **ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, David Fink, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare, under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct. Executed August 19, 2008 at Houston, TX.

/s/ _____
David Fink